IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WILLIE NASH,

    Plaintiff,

v.

KATHLEEN HEYDE, et al.,

    Defendants.

ORDER

Case No. 16-cv-223-wmc

*Pro se* plaintiff Willie Nash is proceeding on Eighth Amendment deliberate indifference claims against defendants related to the medical care he received for his Hepatitis C. On October 26, 2018, defendants filed a motion for summary judgment on the merits, and the court set November 26, 2018, as plaintiff's deadline to oppose defendants' motion. However, plaintiff has failed to oppose the motion, nor has he sought an extension or otherwise provided the court with an indication that he plans to oppose the motion. Plaintiff's continued failure to respond to defendants' motion suggests that he may have lost interest in pursuing this case and no longer intends to prosecute it.

Plaintiff will receive *one* more opportunity to submit a substantive response to defendants' motion. If he fails to do so by the new deadline, the court will dismiss this case with prejudice under Rule 41 of the Federal Rules of Civil Procedure for his failure to prosecute.

ORDER

IT IS ORDERED that plaintiff Willie Nash may have until **December 28, 2018,** to file a response to defendants' motion for summary judgment. **If plaintiff does not**

**respond by that date, the court will dismiss this case with prejudice under Federal Rule of Civil Procedure 41(b) for plaintiff's failure to prosecute it.**

Entered this 7th day of December, 2018.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge