IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WILLIE NASH,

     Plaintiff,                                                           ORDER

v.
                                      Case No.  16-cv-223-wmc

KATHLEEN HEYDE, et al.,

     Defendants.

---

*Pro se* plaintiff Willie Nash is proceeding on Eighth Amendment deliberate indifference claims against defendants related to the medical care he received for his Hepatitis C.  On December 7, 2018, the court gave plaintiff until December 28, 2018, to file a response to defendants' motion for summary judgment and warned plaintiff that his case would be dismissed for failure to prosecute if he did not respond.  (Dkt. #31.)  That deadline has passed and the court has received nothing from plaintiff.  Accordingly, the court is now dismissing this case with prejudice for plaintiff's failure to prosecute.  *See James v. McDonald's Corp.*, 417 F.3d 672, 681 (7th Cir. 2005).

ORDER

IT IS ORDERED that plaintiff Willie Nash's claims are DISMISSED WITH PREJUDICE for failure to prosecute.  The clerk of court is directed to enter judgment in defendants' favor and close this case.

Entered this 9th day of January, 2019.

BY THE COURT:

_/s/_____
WILLIAM M. CONLEY
District Judge