IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WILLIE NASH,

    Plaintiff,

  v.

Case No. 16-cv-223-wmc

KATHLEEN HEYDE, RENEE ANDERSON, JUDY BENTLEY, KATHLEEN COMQXWVSI, DEB ARNEVIK, SHELLY NITZ, MARION HARTMANN, TRULENA SCHNEIDER, JOAN HANNULA, NURSE SCHERREIKS, SGT. KACZMARK CAPT. NYBAKKE AND KIMBERLY RICHARDSON,

    Defendants.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case with prejudice.

    s/                                                   1/9/2019
Peter Oppeneer, Clerk of Court                Date